| | |
|---|---|
| **Mercury Casualty Company,**<br><br>     Plaintiff,<br><br>     v.<br><br>**United States Liability Insurance Company and Does 1 through 20, inclusive,**<br><br>     Defendants. | CASE No. 8:20-cv-01516-JLS (JDEx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br>**(Doc. 24)** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

Pursuant to the Stipulation between Plaintiff Mercury Casualty Company and Defendant United States Liability Insurance Company, by and through their respective counsel of record,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice in its entirety, with each side to bear their own costs.

Dated: July 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE